IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MORAN INDUSTRIES, INC.,** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 10-CV-05959 |
| | § § | |
| **TORQUE TECH, INC.,** and **RONALD PATE,** | § § § | |
| Defendants. | § § § | |

### NOTICE OF MOTION TO SHORTEN NOTICE TIME ON UNOPPOSED MOTION TO ALLOW ATTENDANCE AT INITIAL CONFERENCE BY DEFENDANTS' COUNSEL BY TELEPHONE

Come now the Defendants filing their Motion to Shorten Notice Time on Unopposed Motion to Allow Attendance at Initial Conference by Defendants' Counsel by Telephone, and state as follows:

1. The court's Initial Conference is set for October 28, 2010 at 9:00 a.m.

2. Defendants' have previously filed their Unopposed Motion to Allow Attendance at Initial Conference by Defendants' Counsel by Telephone (Document No. 10).

3. Concurrently herewith, Defendants have filed their Notice of Presentment on the two related motions.

4. Defendants request that the normal notice period for the consideration of both motions be shortened because (a) Plaintiff does not oppose the undersigned counsel's appearance by telephone, (b) the parties have primarily focused their attention on preparing and filing their joint reports to the court (Documents No., 11 & 12), (c) while Defendants are diligently seeking to retain local counsel, they have not been able to do so at the time of filing of

this motion, and (d) the referenced motions should be decided prior to the Initial Conference.

5. The Defendants' representations in Document No. 10 are incorporated into this motion by reference.

Wherefore, premises considered, Defendants pray that their Motion to Shorten Notice Time be granted, and for such further relief as the court deems just.

Respectfully submitted,

*[signature]*

Patrick F. Timmons, Jr.
Federal Bar No. 10007 (SD TX)
8556 Katy Freeway, Suite 120
Houston, Texas 77024-1806
Telephone: (713) 465-7638
Facsimile: (713) 465-9527

Attorney pro hac vice for the Defendants
Torque Tech, Inc., and Ronald Pate

Certificate

The foregoing Motion to Shorten Notice Time and Unopposed Motion to Allow Attendance at Initial Conference by Defendants' Counsel by Telephone, was served electronically to Plaintiff's attorney of record on October 27, 2010.

*[signature]*