Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5959 | **DATE** | 10/28/2010 |
| **CASE TITLE** | Moran Industries, Inc. Vs. Torque Tech, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 05/04/11 at 9:00 a.m. Michael Falconer's motion for leave to appear as local counsel for Defendants [19] is granted. Defendants' motion to allow hearing by telephone [10], to expedite notice of motion to shorten time [13], [14] are stricken as moot. All discovery shall be noticed in time to be completed by 04/29/11. Dispositive motions are to be filed by 05/31/11. Responses to dispositive motions, if any, are to be filed by 06/21/11 and replies, if any, are to be filed by 07/08/11.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|