**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORAN INDUSTRIES, INC.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **Case No. 10-CV-05959** ) |
| **TORQUE TECH, INC., and RONALD PATE,** | ) **Hon. Judge Der-Yeghiayan** ) ) |
| **Defendants.** | ) ) ) |

**PLAINTIFF'S NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R.3.2, Plaintiff hereby discloses the following Affiliates:     None.

Dated this 9th day of November, 2010.

**MORAN INDUSTRIES, INC.**

By: s/ Fredric A. Cohen
       One of its Attorneys

Fredric A. Cohen (ARDC # 6198606)
Lu Han (ARDC # 6292950)
**CHENG COHEN LLC**
311 N. Aberdeen, Suite 400
Chicago, Illinois  60607
(312) 243-1701
fredric.cohen@chengcohen.com
lu.han@chengcohen.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing *PLAINTIFF'S NOTIFICATION OF AFFILIATES* was electronically filed and served on counsel of record via this court's ECF system on this 9th day of November 2010.

Dated: November 9, 2010                                  *s/ Lu Han*